**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: C.E.L.M.P., A MINOR | : No. 266 EAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: B.P., FATHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.